# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-30411

DAVID WEDGE,

Plaintiff - Appellant

v.

CAJUN DEEP FOUNDATIONS, L.L.C.,

Defendant - Appellee

United States Court of Appeals
Fifth Circuit

**FILED**

December 10, 2014

Lyle W. Cayce
Clerk

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:13-CV-1257

Before STEWART, Chief Judge, and BARKSDALE, and GRAVES, Circuit Judges.

PER CURIAM:*

Cajun Deep Foundations, L.L.C., was awarded summary judgment on David Wedge's Jones Act claim under 46 U.S.C § 30104 *et seq*. Wedge claims he showed he is entitled to seaman status. *Chandris, Inc. v. Latsis*, 515 U.S. 347, 354 (1995); *see also* 46 U.S.C § 30104. Having reviewed the briefs, the record, and the applicable law, and essentially for the reasons stated by the district court,

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

No. 14-30411

*Wedge v. Cajun Deep Foundations, L.L.C.*, No. 13-1257, 2014 WL 1329830 (E.D. La. 2014), the judgment is AFFIRMED.